**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:  **MICHAEL L. VENABLE,**                                   Case No. **26-31338-KLP**
         **Debtor.**                                                            **Chapter 13**

<u>**ORDER TO SUAD BEKTIC TO APPEAR AND SHOW CAUSE**</u>

On May 11, 2026, Plaza Revolving Trust by Wilmington Savings Fund Society, FSB, not in its individual Capacity, but solely as owner trustee, (the "Movant"), by its counsel, Joseph Romano, filed a *Motion for Relief from Automatic Stay In Rem* [ECF No. 16] (the "Motion") in the above-captioned bankruptcy case.  On May 26, 2026, Michael L. Venable (the "Debtor") and the non-filing co-debtor, Patricia Venable, by their counsel, Suad Bektic, filed the *Debtor's Response and Opposition to Motion for Relief from Automatic Stay* [ECF No. 19].

On June 17, 2026, the Court conducted a preliminary hearing on the Motion.  Both counsel for the Debtor and counsel for the Movant appeared at the preliminary hearing.  Upon the request of the parties by their counsel, the Court scheduled a final evidentiary hearing on the Motion on July 9, 2026, at 10:00 a.m.  On July 9, 2026, the Court was unable to conduct the scheduled final evidentiary hearing because neither counsel for the Movant nor counsel for the Debtor appeared.

Local Bankruptcy Rule 2090-1(H)(1) provides that "[a]ny attorney who is counsel of record for a debtor . . . in a bankruptcy case must be present and appear at all Court proceedings involved in the case unless excused or given permission to withdraw."  Mr. Bektic was not excused from appearing at the final evidentiary hearing, nor has he been given permission to withdraw from his representation of the Debtor in this bankruptcy case.  In consideration whereof, it is

**ORDERED** that Suad Bektic shall appear before the Court **in-person** on **Wednesday, July 15, 2026,** at **9:30 a.m.** in Courtroom No. 5100, U.S. Courthouse, 701 East Broad Street, Richmond, VA 23219, and show cause why he should not be sanctioned for his failure to appear at the final evidentiary hearing.

Dated:   July 9, 2026                              /s/ Keith L. Phillips
                                                 UNITED STATES BANKRUPTCY JUDGE

                                                 Entered on Docket:   July 13, 2026

**Copies to:**

**Michael L. Venable**
4709 Caldwell Ave.
Richmond, VA 23234

**Suad Bektic**
New Day Legal
8500 Mayland Drive, First Floor
Richmond, VA 23294

**Joseph J. Romano**
Aldridge Pite, LLP
8100 Three Chopt Road, Suite 240
Richmond, VA 23229

**Michael R. Jones**
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

**Matthew W. Cheney**
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219

2