**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**In re:  MICHAEL L. VENABLE,**                                    **Case No. 26-31338-KLP**
              **Debtor.**                                                          **Chapter 13**

**ORDER TO JOSEPH ROMANO TO APPEAR AND SHOW CAUSE**

On May 11, 2026, Plaza Revolving Trust by Wilmington Savings Fund Society, FSB, not in its individual Capacity, but solely as owner trustee, (the "Movant"), by its counsel, Joseph J. Romano, filed a *Motion for Relief from Automatic Stay In Rem* [ECF No. 16] (the "Motion") in the above-captioned bankruptcy case.  On May 26, 2026, Michael L. Venable (the "Debtor") and the non-filing co-debtor, Patricia Venable, by their counsel, Suad Bektic, filed the *Debtor's Response and Opposition to Motion for Relief from Automatic Stay* [ECF No. 19].

On June 17, 2026, the Court conducted a preliminary hearing on the Motion.  Both counsel for the Debtor and counsel for the Movant appeared at the preliminary hearing.  Upon the request of the parties by their counsel, the Court scheduled a final evidentiary hearing on the Motion on July 9, 2026, at 10:00 a.m.  On July 9, 2026, the Court was unable to conduct the scheduled final evidentiary hearing because neither counsel for the Movant nor counsel for the Debtor appeared.

"It is the responsibility of counsel for the plaintiff//movant to advise the Court of any settlement or any other valid reason that a Court scheduled pretrial conference, hearing, or trial need not be conducted."  Local Bankruptcy Rule 9013-1(P).  Failure of counsel to properly and timely notify the Court that a hearing should be removed from the docket may result in the imposition of sanctions. *See id.*  In consideration whereof, it is

**ORDERED** that Joseph J. Romano shall appear before the Court **in-person** on **Wednesday, July 15, 2026,** at **9:30 a.m.** in Courtroom No. 5100, U.S. Courthouse, 701 East Broad Street, Richmond, VA 23219, and show cause why he should not be sanctioned for his failure to appear at the final evidentiary hearing.

Dated:   July 9, 2026   _/s/ Keith L. Phillips_
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:   July 13, 2026

**Copies to:**

**Michael L. Venable**
4709 Caldwell Ave.
Richmond, VA 23234

**Suad Bektic**
New Day Legal
8500 Mayland Drive, First Floor
Richmond, VA 23294

**Joseph J. Romano**
Aldridge Pite, LLP
8100 Three Chopt Road, Suite 240
Richmond, VA 23229

**Michael R. Jones**
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

**Matthew W. Cheney**
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219

2